IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACK E. WOLFE, AND ARLENE J. WOLFE,<br><br>                Plaintiffs,<br><br>     vs.<br><br>BANK OF AMERICA, N.A., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AND TRANSUNION LLC,<br><br>                Defendants. | **4:16CV3040**<br><br>**ORDER** |

     IT IS ORDERED that the motion to permit Jameson C. Rohrer of Jones Day to withdraw as counsel for Defendant Experian Information Solutions, Inc. ("Experian"), (filing no. 33), is granted.

     August 1, 2016.

                                                     BY THE COURT:

                                                   *s/ Cheryl R. Zwart*
                                                   United States Magistrate Judge