IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK E. WOLFE, and<br>ARLENE J. WOLFE, | )<br>)<br>) | 4:16CV3040 |
| Plaintiffs, | )<br>) | ORDER |
| v. | )<br>) | |
| BANK OF AMERICA, N.A.;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.;<br>EQUIFAX INFORMATION<br>SERVICES, LLC; and<br>TRANSUNION LLC, | )<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | ) | |

IT IS ORDERED that the stipulation filed by Plaintiffs and Defendant Equifax Information Services, LLC (Filing No. 32), treated as a motion, is granted, and all claims alleged by Plaintiffs against said Defendant are dismissed with prejudice, with each party to bear their own costs and attorney's fees. This action shall proceed against the remaining Defendants.

DATED this 17th day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge