IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK E. WOLFE, and<br>ARLENE J. WOLFE, | ) <br> ) <br> ) | 4:16CV3040 |
| Plaintiffs, | ) <br> ) | ORDER |
| v. | ) <br> ) | |
| BANK OF AMERICA, N.A., *et al.*, | ) <br> ) | |
| Defendants. | ) <br> ) | |

IT IS ORDERED that the stipulation filed by Plaintiffs and Defendant Trans Union LLC (Filing No. 41), treated as a motion, is granted, and all claims alleged by Plaintiffs against said Defendant are dismissed with prejudice, with each party to bear their own costs and attorney's fees. This action shall proceed against the remaining Defendants.

DATED this 16th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge