IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JACK E. WOLFE, AND ARLENE J.
WOLFE,

                    Plaintiffs,                                     **4:16CV3040**

          vs.                                                       **ORDER**

BANK OF AMERICA, N.A., AND
EXPERIAN INFORMATION
SOLUTIONS, INC.,

                    Defendants.


As requested in the parties' motion, (Filing No. 43), which is hereby granted,

IT IS ORDERED that the final progression order is amended as follows:

1)    Motions to compel Rule 33 through 36 discovery must be filed by February
      15, 2017.
      **Note:** Motions to compel shall not be filed without first contacting the
      chambers of the undersigned magistrate judge to set a conference for
      discussing the parties' dispute.

2)    The deadline for identifying expert witnesses expected to testify at the trial,
      (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained
      experts, (Fed. R. Civ. P. 26(a)(2)(C)), is January 17, 2017.

3)    The deadlines for complete expert disclosures for all experts expected to
      testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and
      non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

                 For the plaintiff(s):              January 31, 2017.

                 For the defendant(s):             February 28, 2017.

4)    The deposition deadline is March 31, 2017.

5)    The deadline for filing motions to dismiss and motions for summary
      judgment is April 14, 2017. The parties are advised, however, that the trial
      and pretrial conference may be continued on the court's own motion if

dispositive motions are filed after March 27, 2017.[1]

6)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is April 17, 2017.

December 29, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.