IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACK E. WOLFE, AND ARLENE J. WOLFE,<br><br>           Plaintiffs,<br><br>    vs.<br><br>BANK OF AMERICA, N.A., AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>           Defendants. | **4:16CV3040**<br><br>**ORDER** |

After conferring with the parties,

IT IS ORDERED:

1)      To facilitate the parties' early assessment of whether this case will likely be resolved by dispositive motion, settlement, or trial, the parties' current case preparation efforts will focus on obtaining written discovery on Plaintiffs' damages claims and taking Plaintiffs' depositions.

2)      A telephonic conference with the undersigned magistrate judge will be held on February 17, 2017 at 9:30 a.m. to discuss case scheduling, including whether the parties will be engaging in alternative dispute resolution, along with the anticipated scheduling of those proceedings. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 29), to participate in the call.

January 3, 2017.                                        BY THE COURT:

                                                        *s/ Cheryl R. Zwart*
                                                        United States Magistrate Judge