IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK E. WOLFE, and ARLENE J. WOLFE, | ) ) ) | 4:16CV3040 |
| Plaintiffs, | ) ) ) | ORDER |
| v. | ) ) | |
| BANK OF AMERICA, N.A., *et al.*, | ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that the stipulation filed by Plaintiffs and Defendant Experian Information Solutions, Inc. (Filing No. 48), treated as a motion, is granted, and all claims alleged by Plaintiffs against said Defendant are dismissed with prejudice, with each party to bear their own costs and attorney's fees. This action shall proceed against the remaining Defendant, Bank of America, N.A.

DATED this 3rd day of February, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge