IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACK E. WOLFE, and ARLENE J. WOLFE, | ) ) ) | 4:16CV3040 |
| Plaintiffs, | ) ) ) | ORDER |
| v. | ) ) | |
| BANK OF AMERICA, N.A., *et al.*, | ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that the stipulation filed by Plaintiffs and Defendant Bank of America, N.A. (Filing No. 62), treated as a motion, is granted, and all claims alleged by Plaintiffs against said Defendant are dismissed with prejudice, with each party to bear their own costs and attorney's fees. Final judgment shall be entered by separate document.

DATED this 6th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge